536 A.2d 338

**Craig K. DOTTERY**

v.

**ERIE INSURANCE GROUP, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1988.

Decided Jan. 22, 1988.

Michael P. Shay, Bethlehem, for appellant.

Martin J. Karess, James L. Reich, Allentown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.